ERNST THALMANN et al., Composing the Firm of LADENBURG, THALMANN & Co., Appellants, *v.* THE IMPORTERS AND TRADERS' NATIONAL BANK OF NEW YORK et al., Respondents, Impleaded with Another.

*Thalmann* v. *Importers & Traders' Nat. Bank,* 108 App. Div. 364, affirmed.

(Argued December 19, 1906; decided January 29, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 28, 1905, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court at a Trial Term and an order denying a motion for a new trial in an action to recover money alleged to have been obtained from plaintiffs by fraudulent means.

*J. Markham Marshall, John E. Parsons* and *Fred B. Van Vorst* for appellants.

*Delos McCurdy* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: GRAY, O'BRIEN, WERNER and CHASE, JJ. Dissenting: CULLEN, Ch. J., EDWARD T. BARTLETT and HISCOCK, JJ.